**Order entered May 16, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00784-CR

**RUBEN LABRADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75816-V**

### ORDER

Before the Court is appellant's May 10, 2022 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by June 10, 2022.

/s/     BILL PEDERSEN, III
        JUSTICE